DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00285 LJO |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTION |
| | ) | HEARING AND ORDER |
| FIRM BUILD, INC., et al, | ) | |
| | ) | Date:  December 5, 2011 |
| *Defendant.* | ) | Time:  1:00 p.m. |
| | ) | Judge:  Hon. Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the motions hearing currently set for November 14, 2011, **may**

**be continued to December 5, 2011, at 1:00 p.m.**

This continuance is requested as counsel for Defendant Buendia has a family emergency and will

be out of state on the next hearing date.  As she will not be available for at least a two-week period,

counsel would ask for a court date in three weeks.  The requested continuance will conserve time and

resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 8, 2011          By          /s/ Samuel Wong
                                             SAMUEL WONG
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: November 8, 2011          By          /s/ Francine Zepeda
                                             FRANCINE ZEPEDA
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             RUDOLPH BUENDIA, III

DATED: November 8, 2011          By          /s/ Douglas C. Foster
                                             DOUGLAS C. FOSTER
                                             Ciummo and Associates
                                             Attorney for Defendant
                                             Joseph Cuellar

DATED: November 8, 2011          By          /s/ Cadee Peters
                                             CADEE PETERS
                                             Cadee Peters Attorney at Law
                                             Attorney for Defendant
                                             Patrick Bowman

///
///
///
///
///
///
///

Buendia - Stipulation to Continue
Motion Hearing and Proposed Order

**ORDER**

The Court, having reviewed the above request to continue the Motion hearing now set for November 14, 2011, and good cause appearing, HEREBY ORDERS AS FOLLOWS:  The Motion hearing currently scheduled for November 14, 2011, is continued to December 5, 2011.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    November 8, 2011**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

Buendia - Stipulation to Continue
Motion Hearing and Proposed Order