JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
JEREMY KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  *Plaintiff*,  )<br>  )<br>  v.  )<br>  )<br>JOSEPH CUELLAR, et al,  )<br>  )<br>  *Defendant*s.  )<br>_____  ) | No.  1:10-cr-00285 LJO-4<br><br>STIPULATION TO CONTINUE DATE FOR FILING MOTIONS IN LIMINE;  ORDER<br><br>Motion Hearing:  February 25, 2013<br>Trial Date:  March 19, 2013<br>Time:  11:00 .m. and 8:30 a.m., respectively<br>Dept:  4 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that motions in limine in the above-captioned matter now due on January 18, 2013, may be filed on or before **January 25, 2013,** with all other dates and deadlines to remain the same.

The parties request this brief extension for additional time to conduct further investigation and plea negotiations prior to filing motions in limine.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

/ / /

/ / /

Respectfully submitted,

|   |   |
|---|---|
|   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED:  January 16, 2013 | /s/ *Jeremy Kroger*<br>JEREMY S. KROGER<br>FRANCINE ZEPEDA<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>Rudolph Buendia, III |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  January 16, 2013 | /s/ *Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| DATED:  January 16, 2013 | /s/ *Douglas C. Foster*<br>DOUGLAS C. FOSTER<br>Ciummo and Associates<br>Attorney for Defendant<br>Joseph Cuellar |
| DATED:  January 16, 2013 | /s/ *Cadee Peters*<br>CADEE PETERS<br>Cadee Peters Attorney at Law<br>Attorney for Defendant |

# O R D E R

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   January 16, 2013**          /s/  Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Date
for Filing Motions in Limine                 2