1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   FRANCINE ZEPEDA, Bar #91175
    JEREMY KROGER, Bar # 258956
3   Assistant Federal Defender
    Designated Counsel for Service
4   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
5   Telephone: (559) 487-5561

6   Attorneys for Defendant
    RUDOLPH BUENDIA, III
7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No.  1:10-CR-00285 LJO-4
                                       )
12              *Plaintiff*,           )   STIPULATION TO CONTINUE DATE FOR
                                       )   FILING MOTIONS IN LIMINE; ORDER
13      v.                             )
                                       )   Motion Hearing:   February 25, 2013
14  JOSEPH CUELLAR, et al,             )   Trial Date:  March 19, 2013
                                       )   Time:  11:00 a.m. and 8:30 a.m., respectively
15              *Defendant*s.          )   Dept:  4
    _____)
16

17
         **IT IS HEREBY STIPULATED** by and between the parties hereto through their
18
    respective counsel that motions in limine in the above-captioned matter now due on January 25,
19
    2013, may be filed on or before **February 1, 2013,** with all other dates and deadlines to remain
20
    the same.
21
         The government has recently extended plea offers to all defendants in this case.  In order
22
    to permit defendants to fully discuss those offers with their respective attorneys prior to the filing
23
    of motions in limine, the parties request this one-week additional extension to the motion in
24
    limine deadline.  This request will not affect any other deadlines in this case.
25
         The parties agree that the delay resulting from the continuance shall be excluded in the
26
    interests of justice, including but not limited to, the need for the period of time set forth herein
27
    for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
28

                                                    Respectfully submitted,

1                                                    JOSEPH SCHLESINGER
Acting Federal Defender

2

3 DATED:  January 22, 2013                 /s/  *Jeremy Kroger*
                                             JEREMY S. KROGER

4                                              FRANCINE ZEPEDA
Assistant Federal Defenders

5                                              Attorneys for Defendant
Rudolph Buendia, III

6

7                                              BENJAMIN B. WAGNER
United States Attorney

8

9 DATED:  January 22, 2013                 /s/ *Samuel Wong*
                                             SAMUEL WONG

10                                              Assistant U.S. Attorney
Attorneys for Plaintiff

11

12 DATED:  January 22, 2013                 /s/ *Douglas C. Foster*
                                             DOUGLAS C. FOSTER

13                                              Ciummo and Associates
Attorney for Defendant
Joseph Cuellar

14

15 DATED:  January 22, 2013                 /s/  *Cadee Peters*
                                             CADEE PETERS

16                                              Cadee Peters Law Offices
Attorney for Defendant

17                                              Patrick Bowman

18

                                        **O R D E R**

19

20

21        **IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is

22 granted for good cause and the Court finds the interest of justice outweighs the interests of the

23 public and the defendant in a speedy trial.

IT IS SO ORDERED.

24 **Dated:   January 23, 2013**           **/s/  Lawrence J. O'Neill**

25                                         UNITED STATES DISTRICT JUDGE

26

27

28