BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH M. CUELLAR, et al.,<br><br>　　　　Defendants. | No. 1:10-CR-285 LJO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING MOTIONS IN LIMINE**<br><br>Court:  Hon. Lawrence J. O'Neill |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and all remaining defendants, on the other hand, that the presently set February 1, 2013, deadline for the filing of motions in limine shall, with the  approval of the Court, be continued to February 6, 2013, to allow the parties additional time to explore settlement
///
///
///

1

discussions before beginning trial preparation.  The parties further stipulate that all other previously set dates related to the motions <u>in limine</u> shall remain the same.

Dated:  February 1, 2013          Respectfully submitted,


                                  /s/ Douglas Foster
                                  _____
                                  DOUGLAS FOSTER
                                  Attorney for defendant
                                  Joseph Cuellar
                                  (by email authorization)


                                  /s/ Jeremy Kroger
                                  _____
                                  JEREMY S. KROGER
                                  Assistant Federal Defender
                                  Attorney for defendant
                                  Rudolph Buendia
                                  (by email authorization)


                                  /s/  Cadee Peters
                                  _____
                                  CADEE PETERS
                                  Attorney for defendant
                                  Patrick Bowman
                                  (by email authorization)


                                  BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  /s/ Samuel Wong
                              By: _____
                                  SAMUEL WONG
                                  Assistant United States Attorney
                                  Attorney for Plaintiff
                                  United States of America

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties to extend the deadline for the filing of motions in limine to February 6, 2013, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

**Dated:   February 5, 2013**          **/s/  Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE