ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JOSEPH M. CUELLAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00285-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING |
| JOSEPH M. CUELLAR, | ) Date: February 3, 2014 |
| | ) Time: 1:30 p.m. |
| Defendant. | ) Hon. Lawrence J. O'Neill |

It is hereby stipulated and agreed by and between defendants Joseph M. Cuellar, by and through his attorney of record Anthony P. Capozzi, Patrick Bowman, by and through his attorney of record Cadee Peters, Rudolph Buendia by and through his attorney of record Jeremy Kroger, and Assistant United States Attorneys Samuel Wong and Melanie Alsworth for plaintiff United States of America that:

   1.   The sentencing date of February 3, 2014, shall be continued to **March 31, 2014, at 1:30 p.m.**

   2.   This continuance of the presently set February 3, 2014, sentencing hearing is based upon attorney Anthony P. Capozzi substituting in as counsel for defendant Cuellar on

1  January 17, 2014, and Mr. Capozzi's need for additional time
2  to review the voluminous amount of discovery and case file
3  before Mr. Capozzi can properly advise Mr. Cuellar on the
4  ramifications of proceeding on the various alternatives
5  available.
6       3.   Anthony P. Capozzi, attorney for defendant, Joseph
7  Cuellar, shall file by March 10, 2014, either:  (a) a notice
8  of motion to withdraw Mr. Cuellar's guilty plea or otherwise
9  waive any right to file such a motion; or, alternatively, (b)
10 a notice to the Court that Mr. Cuellar re-affirms his
11 presently entered guilty plea pursuant to the Plea Agreement
12 on file and that Mr. Cuellar requests to be sentenced on
13 March 31, 2014.
14      4.   In the event that Mr. Cuellar moves to withdraw his
15 guilty plea, he shall file any memorandum and papers in
16 support of the motion by March 31, 2014.  The United States
17 and Mr. Cuellar shall thereafter confer and propose a
18 briefing schedule and motions hearing date to the Court for
19 Mr. Cuellar's motion to withdraw his guilty plea.
20      5.   The sentencings of defendants Buendia and Bowman
21 shall take place on March 31, 2014.
22
23 IT IS SO STIPULATED.
24
25 Date: January 28, 2014                /s/*Anthony P. Capozzi*
26                                       ANTHONY P. CAPOZZI
27 Date: January 28, 2014                /s/*Cadee Peters*
28                                       CADEE PETERS

```
Date: January 28, 2014                    /s/Jeremy Kroger
                                          JEREMY KROGER


                                          BENJAMIN B. WAGNER
                                          United States Attorney
Date: January 28, 2014              By:   /s/Samuel Wong
                                          SAMUEL WONG
                                          MELANIE ALSWORTH
                                          Assistant U.S. Attorneys
```

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

The currently scheduled for February 3, 2014, at 1:30 p.m. is continued to **March 31, 2014, at 1:30 p.m.**

**There will be no more continuances.**

IT IS SO ORDERED.

Dated:   **January 28, 2014**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE