1  ANTHONY P. CAPOZZI, CSBN: 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, California  93711
3  Telephone:  (559) 221-0200
   Facsimile:  (559) 221-7997
4  E-mail: anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  Attorney for Defendant,
   JOSEPH CUELLAR
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA, FRESNO
10

11 UNITED STATES OF AMERICA,     ) Case No.: 1:10-CR-00285-LJO
                                 )
12          Plaintiff,           )
                                 ) STIPULATION AND ORDER TO
13      vs.                      ) CONTINUE SENTENCING AND
                                 ) RESTITUTION HEARINGS
14                               )
   JOSEPH CUELLAR,               )
15                               ) Date: June 16, 2014
            Defendant.           ) Time: 1:30 p.m.
16 _____ Hon. Lawrence J. O'Neill

17
        It is hereby stipulated and agreed by and between
18
   defendant Joseph Cuellar, by and through his attorney of
19
   record Anthony P. Capozzi, Patrick Bowman, by and through his
20
   attorney of record Cadee Peters, Rudolph Buendia by and
21
   through his attorney of record Eric Kersten, and Assistant
22
   United States Attorneys Samuel Wong and Melanie Alsworth for
23
   plaintiff United States of America that:
24
        1.   The Sentencing hearing and Restitution hearings
25
   currently set for June 16, 2014, shall be continued to **August
26
   4, 2014, at 1:15 p.m.**
27
        2.   Any motions Defendant Cuellar wishes to file must be
28
   filed no later than June 20, 2014. Government's response must

1  be filed no later than July 21, 2014, and Defendant's reply

2  shall be filed no later than July 28, 2014.  All motions

3  filed will be argued on August 4, 2014.

4

5  IT IS SO STIPULATED.

6

7  Date: May 22, 2014                          */s/Anthony P. Capozzi*
                                               ANTHONY P. CAPOZZI
8

9

10 Date: May 22, 2014                          */s/Cadee Peters*
                                               CADEE PETERS
11

12

13 Date: May 22, 2014                          */s/Eric Kersten*
                                               ERIC KERSTEN
14

15                                             BENJAMIN B. WAGNER
                                               United States Attorney
16

17 Date: May 22, 2014                          /s/*Samuel Wong*
                                               SAMUEL WONG
18

19
   Date: May 22, 2104                          */s/Melanie Alsworth*
20                                             MELANIE ALSWORTH
                                               Assistant U.S. Attorneys
21

22

23

24

25

26

27

28

**ORDER**

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order.

The Sentencing and Restitution Hearing currently scheduled for June 16, 2014, at 1:30 p.m. is continued to **August 4, 2014, at 1:15 p.m.**

IT IS SO ORDERED.

Dated:   **May 27, 2014**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE