BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH CUELLAR, ET AL.,<br><br>　　　　　　　　Defendants. | CASE NO.  1:10-CR-00285-LJO<br><br>**STIPULATION AND ORDER DIRECTING MENTAL EXAMINATION OF DEFENDANT JOSEPH CUELLAR, EXTENDING BRIEFING SCHEDULE, AND CONTINUING HEARING DATE ON CUELLAR'S MOTION TO WITHDRAW HIS GUILTY PLEA AND COMPLETION OF SENTENCING HEARING FOR ALL DEFENDANTS**<br><br>HON. LAWRENCE J. O'NEILL |

　　　Whereas, defendant Joseph Cuellar has filed a renewed motion that is set for hearing on August 4, 2014;

　　　Whereas, in support of Cuellar's renewed motion to withdraw his guilty plea, Cuellar submitted, <u>inter alia</u>:  (1) declarations from his present and former attorneys that claimed Cuellar has shown memory problems; and (2) a report from a psychologist that Cuellar has memory problems and possibly has Alzheimer's disease;

　　　Whereas, the United States and current counsel of Cuellar,

1

Anthony Capozzi, Esq., both agree that it would be prudent to: (1) have Cuellar undergo a mental examination by a psychologist/psychiatry within the meaning of 18 U.S.C. § 4241; (2) delay the hearing on Cuellar's renewed motion to withdraw his guilty plea, and Cuellar's sentencing hearing until after receipt of the report on the mental examination of Cuellar; and (3) extend the deadline for the United States' response brief until after the United States has had the opportunity to have Cuellar undergo a mental examination by a psychologist/psychiatrist of its choice; and

Whereas, it would be in the interest of judicial economy and efficiency to have the restitution hearing for all three defendants on the same date as the delayed sentencing hearing date for Cuellar,

It is hereby stipulated by and between the United States and defendants Cuellar, Rudolph Buendia, and Patrick Bowman, through their respective counsel that subject to the approval of the Court, that:

1. The Court conduct a hearing to determine the mental competency of Cuellar, pursuant to 18 U.S.C. § 4241(a), on October 6, 2014, at 1:30 p.m., which is after the mental examination of Cuellar is completed by a psychiatrist/psychologist of the United States' choosing;

2. The psychiatrist/psychologist chosen by the United States to perform the mental examination of Cuellar shall prepare a report containing those matters required under 18 U.S.C. § 4247(c) and shall provide a copy of the report to the United States and counsel for Cuellar within twenty days of the completion of the mental examination.

3. The Court order that the Cuellar's defense counsel provide

2

a copy of any and all reports related to the psychiatric, psychological, and/or mental evaluations, examinations, and/or testing of Cuellar to the United States forthwith and no later than July 28, 2014, so that the United States' psychiatrist/psychologist may have these materials before performing his/her mental examination of Cuellar.

    4.   The United States' mental examination of Cuellar shall take place on or before August 8, 2014, at the Federal Building and United States Courthouse in Sacramento, California.

    All parties further stipulate that:

    1.   The presently set August 4, 2014, at 1:30 a.m. hearing on Cuellar's renewed motion to withdraw his guilty plea, and completion of the sentencing of all defendants shall be vacated and continued to October 6, 2014; and

    2.   The deadline for the United States' response brief to Cuellar's renewed motion to withdraw his guilty plea shall be extended to September 15, 2014.

    3.   Cuellar shall file his reply in support of his renewed motion, if any, by September 24, 2014.

    4.   The hearing for the Court to determine whether Cuellar is mentally competent within the meaning of 18 U.S.C. § 4241 shall also be held on October 6, 2014, at 1:30 p.m.

DATED: July 21, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Melanie Alsworth
By: _____
SAMUEL WONG
MELANIE ALSWORTH

Assistant U.S. Attorneys

3

```
DATED: July 21, 2014
                                        /s/ Anthony Capozzi
                              By:      _____
                                       ANTHONY CAPOZZI
                                       Attorney for defendant
                                       JOSEPH CUELLAR


DATED: July 21, 2014
                                        /s/ Eric Kersten
                              By:      _____
                                       ERIC KERSTEN
                                       Assistant Federal Defender
                                       Attorney for defendant
                                       RUDOLPH BUENDIA



DATED: July 21, 2014
                                        /s/ Cadee Peters
                              By:      _____
                                       CADEE PETERS
                                       Attorney for defendant
                                       PATRICK BOWMAN
```

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

Based on the parties' stipulation, the Court specifically FINDS and/or ORDERS that:

1. There is reasonable cause to believe that defendant Joseph Cuellar may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense within the meaning of 18 U.S.C. § 4241(a).

2. The Court shall conduct a hearing to determine the mental

4

competency of Cuellar, pursuant to 18 U.S.C. § 4241(a), on October 6, 2014, at 1:30 p.m., which is after the mental examination of Cuellar is completed by a psychiatrist/psychologist of the United States' choosing;

    3.   The psychiatrist/psychologist chosen by the United States to perform the mental examination of Cuellar shall prepare a report containing those matters required under 18 U.S.C. § 4247(c) and shall provide a copy of the report to the United States and counsel for Cuellar within twenty days of the completion of the mental examination.  The report shall include the following information required under § 4247(c), including:  (a) Cuellar's history and present symptoms; (b) a description of the psychiatric, psychological, and medical tests that were employed and their results; (c) the examiner's findings; and (d) the examiner's opinions as to diagnosis, prognosis, and whether the Cuellar is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    4.   Cuellar's defense counsel shall provide a copy of any and all reports related to the psychiatric, psychological, and/or mental evaluations, examinations, and/or testing of Cuellar to the United States forthwith and no later than July 28, 2014, so that the United States' psychiatrist/psychologist may have these materials before performing his/her mental examination of Cuellar.

    4.   The United States' mental examination of Cuellar shall take place on or before August 8, 2014, at the Federal Building and United States Courthouse in Sacramento, California.

    The Court further ORDERS that:

1.   The presently set August 4, 2014, at 1:30 a.m. hearing on Cuellar's renewed motion to withdraw his guilty plea, and completion of the sentencing of all defendants shall be vacated and continued to October 6, 2014, at 1:30 p.m.; and

2.   The deadline for the United States' response brief to Cuellar's renewed motion to withdraw his guilty plea shall be extended to September 15, 2014.

3.   Cuellar shall file his reply in support of his renewed motion, if any, by September 24, 2014.

4.   The hearing for the Court to determine whether Cuellar is mentally competent within the meaning of 18 U.S.C. § 4241 shall also be held on October 6, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **July 22, 2014**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

6