# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH CUELLAR,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. 1:10-CR-00285 LJO<br><br>COURT RULING ON DEFENDANT CUELLAR'S MOTION TO CONTINUE RESTITUTION HEARING AND SENTENCING FROM OCTOBER 6, 2014 TO NOVEMBER 10, 2014 AT 10:00AM |

The Court has received and reviewed the 7 page Declaration and request from the Government to continue the restitution and sentencing hearings now set for October 6, 2014 the cause stated, in distilled form, for the request is:

1. Government Counsel has been busy beyond description;

2. He's attended medical appointments (the Court assumes for stress related issues, based on the detailed declaration);

3. Everyone was included in the loop of continuances except the Court.

The Court grants the request, and continues the hearings from October 6 to November 10, 2014 at 10:00 a.m.

The Court does not what the scheduling stipulation includes as far as the Government opposition due date, nor the defense Reply due date, so sets its own: Government's opposition must be filed by noon, no later than October 14th; Defense Reply must be filed by noon, no later than October 21st.

1

The Court will also continue the Restitution Hearing as to defendants Patrick Bowman and Rudolph Buendia, III from October 6, 2014 to November 10, 2014 at 10:00am.

It is SO ORDERED.

September 29, 2014                          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE