BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | CASE NO. 1:10-CR-00285-LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE, AND CONTINUING HEARING DATE ON CUELLAR'S MOTION TO WITHDRAW HIS GUILTY PLEA AND COMPLETION OF SENTENCING HEARING FOR ALL DEFENDANTS** |
| v. | |
| JOSEPH CUELLAR, ET AL.,        | HON. LAWRENCE J. O'NEILL |
| Defendants. | |

Whereas, defendant Joseph Cuellar has obtained a new psychiatric examination by Dr. Howard Terell in support of his renewed motion to withdraw his guilty plea which report was provided to the United States on September 15, 2014;

Whereas, the United States desires additional time to consult with its mental health expert regarding the information contained in Dr. Terell's report;

Whereas, Assistant United States Attorney Samuel Wong has been

1

working more than full time (including weekends and nights) on a new marijuana manufacturing and firearms case that has resulted in the searches of two residences outside this district, the issuance of three criminal complaints, the arrests of twelve suspects, and corresponding court hearings related to the case such that he has been unable to discuss Dr. Terell's report with his mental health expert, and AUSA Wong desires additional time to prepare and file the United States' opposition to Cuellar's renewed motion to withdraw his guilty plea;

   Whereas, Cuellar has no objection to the United States' request for the extension of time to file its opposition to Cuellar's motion; and

   Whereas, it would be in the interest of judicial economy and efficiency to have the restitution hearing for all three defendants on the same date as the delayed sentencing hearing date for Cuellar,

   It is hereby stipulated by and between the United States and defendants Cuellar, Rudolph Buendia, and Patrick Bowman, through their respective counsel that subject to the approval of the Court, that:

   1.   The hearing to determine the mental competency of Cuellar, pursuant to 18 U.S.C. § 4241(a), shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.;

   2.   The deadline for the United States' response brief to Cuellar's renewed motion to withdraw his guilty plea shall be extended to October 20, 2014.

   3.   Cuellar shall file his reply in support of his renewed motion, if any, by November 10, 2014.

   4.   The hearing on Cuellar's renewed motion to withdraw his

guilty plea shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.

5. The hearing on the United States' request for restitution from defendants to cover the costs of future medical monitoring for the victims exposed directly or indirectly to airborne asbestos as a result of defendants' crimes shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.

DATED: October 3, 2014
BENJAMIN B. WAGNER
United States Attorney

/s/ Samuel Wong
/s/ Melanie Alsworth

By:
SAMUEL WONG
MELANIE ALSWORTH

Assistant U.S. Attorneys

DATED: October 8, 2014

/s/ Anthony Capozzi
By:
ANTHONY CAPOZZI
Attorney for defendant
JOSEPH CUELLAR

DATED: October 8, 2014

/s/ Eric Kersten
By:
ERIC KERSTEN
Assistant Federal Defender
Attorney for defendant
RUDOLPH BUENDIA

DATED: October 8, 2014

/s/ Cadee Peters
By:
CADEE PETERS
Attorney for defendant
PATRICK BOWMAN

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

Based on the parties' stipulation, the Court ORDERS that:

1. The hearing to determine the mental competency of Cuellar, pursuant to 18 U.S.C. § 4241(a), shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.;

2. The deadline for the United States' response brief to Cuellar's renewed motion to withdraw his guilty plea shall be extended to October 20, 2014.

3. Cuellar shall file his reply in support of his renewed motion, if any, by November 10, 2014.

4. The hearing on Cuellar's renewed motion to withdraw his guilty plea shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.

5. The hearing on the United States' request for restitution from defendants to cover the costs of future medical monitoring for the victims exposed directly or indirectly to airborne asbestos as a result of defendants' crimes shall be continued from October 6, 2014, at 1:30 p.m., to December 1, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **October 9, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

4