**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW PLEA** |
| JOSEPH CUELLAR, | |
| Defendant. | |

It is hereby stipulated by and between the United States and Defendant Joseph Cuellar, through their respective counsel that subject to the approval of the Court, that:

1. A continuance for the Defense in which to file a reply to the Government's Opposition to Defendant's Motion to Withdraw Plea Agreement be extended to **November 24, 2014**.

2. The basis for said continuance is that a psychiatric report has been ordered by Merced County Deputy District Attorney, Walter W. Wall, regarding Defendant Cuellar's Motion to Withdraw his plea; *People v. Joseph Cuellar*, Case No. CRM014010C.  This report is to be completed on or about November 20, 2014.

3. The Defense requests additional time to review this report prior to filing its reply.

///

Respectfully submitted,

DATED: November 7, 2014      By:  */s/Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant JOSEPH CUELLAR

DATED: November 7, 2014      By:  */s/Samuel Wong*
                                  SAMUEL WONG
                                  Assistant United States Attorney

DATED: November 7, 2014      By:  */s/Melanie L. Alsworth*
                                  MELANIE L. ALSWORTH
                                  Assistant United States Attorney

ORDER

IT IS SO ORDERED.

   Dated:   **November 7, 2014**           /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE