**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH CUELLAR,<br><br>　　　　　Defendant. | Case No.: 1:10-CR-00285-LJO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

　　　Defendant, Joseph Cuellar, by and through his attorney Anthony P. Capozzi, hereby requests that the Clinical Evaluation of Joseph Cuellar by Harold Seymour, Ph.D. and the Clinical Evaluation of Joseph Cuellar by Howard Terrell, M.D. be filed under seal with a copy being served upon the United States Attorney.

　　　This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

　　　The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

///

Accordingly, it is requested that the Clinical Evaluations by Harold Seymour, Ph.D. and Howard Terrell, M.D. be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:      November 24, 2014     By:   */s/Anthony P. Capozzi*
                                        ANTHONY P. CAPOZZI
                                        Attorney for JOSEPH CUELLAR

### **ORDER**

For reasons set forth above, the defendants request to have the Clinical Evaluations by Harold Seymour, Ph.D. and Howard Terrell, M.D. be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:   **November 25, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE