1

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

2

3

4

5

6

ATTORNEY FOR Defendant,
JOSEPH CUELLAR

7

8

9              **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA**

                          * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO

12 |         Plaintiff, | **STIPULATION AND ORDER TO**
13 |                    | **CONTINUE DEFENDANT CUELLAR'S**
                         **MENTAL COMPETENCY, DEFENDANT**
14 |         v.         | **CUELLAR'S RENEWED MOTION TO**
                         **WITHDRAW PLEA AND RESTITUTION**
15 |                    | **FOR ALL DEFENDANT'S**

16 | JOSEPH CUELLAR,    | Date: December 1, 2014
                         Time: 1:30 p.m.
17 |         Defendant. | Hon. Lawrence J. O'Neill

18

19      It is hereby stipulated and agreed by and between Defendant Joseph Cuellar, by and

20 through his attorney of record Anthony P. Capozzi, Patrick Bowman, by and through his

21 attorney of record Cadee Peters, Rudolph Buendia, III by and through his attorney of record

22 Eric V. Kersten, and Assistant United States Attorneys Samuel Wong and Melanie Alsworth

23 for plaintiff United States of America that:

24      1.      The Mental Competency hearing for Mr. Cuellar, the renewed Motion to

25 Withdraw Mr. Cuellar's plea hearing and Restitution hearings for all Defendant's currently set

26 for December 1, 2014, at 1:30 p.m., shall be continued to **December 8, 2014, at 1:30 p.m.**

27      2.      The basis for said continuance is that Defense would like to call Doctors

28 Howard Terrell and Harold Seymour to testify.  Dr. Howard Terrell is unavailable to appear in

court on December 1, 2014, but is available on December 8, 2014.

IT IS SO STIPULATED.

                                        Respectfully submitted,

DATED:   November 25, 2014   By:   */s/Anthony P. Capozzi*
                                                           ANTHONY P. CAPOZZI
                                                           Attorney for Defendant JOSEPH CUELLAR

DATED:   November 25, 2014   By:   */s/Cadee Peters*
                                                           CADEE PETERS
                                                           Attorney for Defendant PATRICK BOWMAN

DATED:   November 25, 2014   By:   */s/Eric V. Kerseten*
                                                           ERIC V. KERSTEN
                                                           Attorney for Defendant RUDOLPH BUENDIA III

DATED:   November 25, 2014   By:   */s/Samuel Wong*
                                                           SAMUEL WONG
                                                           Assistant United States Attorney

DATED:   November 25, 2014   By:   */s/Melanie L. Alsworth*
                                                           MELANIE L. ALSWORTH
                                                          Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

   Dated:   **November 26, 2014**                  **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE