UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. CUELLER, *et al*<br><br>Defendants. | 1:10-cr-00285 LJO<br><br>ORDER TO PROVIDE COUNSEL (WONG, ALSWORTH AND CAPOZZI) WITH AUDIO DISC OF THE CHANGE OF PLEA FROM MARCH 11, 2013; NOTICE OF RELIANCE |

In light of the oral testimony by former Cuellar Counsel Foster that occurred on December 8, 2014, the Court listened to the audio portion of the change of plea by Defendant Cuellar.  Because the Court listened to it, and is relying on it, the Court Reporter, Peggy Crawford, is hereby ORDERED to provide the audio of the change of plea from the March 11, 2013 hearing to AUSA Wong, AUSA Alsworth and Defense Counsel Capozzi.

So there is no mystery to this Order, the Court believes that the audio is consistent with the observations of this Court at the time of the Change of Plea, and INconsistent with the testimony of counsel Foster, to wit: that there were hesitations between the questions of the Court and the answers by Defendant Cuellar, and/or that between the questions and the answers there were constant looks from the Defendant to Counsel Foster for affirmation on the answers.

**The audio disc is hereby made a part of the official record, and is ORDERED to be filed as an exhibit to this order.**

IT IS SO ORDERED.

Dated:   **December 10, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE