**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE FOR DESIGNATION ISSUES FOR DEFENDANT JOSEPH CUELLAR** |
| v. | |
| JOSEPH CUELLAR, | |
| Defendant. | |

It is hereby stipulated and agreed by and between Defendant Joseph Cuellar, by and through his attorney of record Anthony P. Capozzi, and Assistant United States Attorneys Samuel Wong for plaintiff United States of America that:

1. Defendant Cuellar's prison placement designation request currently due January 30, 2015, shall be extended to February 2, 2015.

2. The Government's Response to Defendant's prison placement designation request currently due February 9, 2015, shall be extended to February 11, 2015.

3. Restitution briefs for the Government and Defense shall be extended to February 11, 2015.

Said Stipulation is based on the Declaration of Anthony P. Capozzi.

///

///

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

a. I am the attorney of record for the Defendant, Joseph Cuellar, in the above entitled case.

b. Defense counsel Capozzi was required to attend meetings out of Fresno which required travel from January 21, 2015, through January 23, 2015, and again from January 27, 2015, through January 28, 2015.

c. Defense counsel Capozzi's paralegal is scheduled to be out of the office on January 30, 2015.

d. It is counsel's understanding that the Judgment in this case will not be processed until after the ruling on Restitution.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 29th day of January 2015, at Fresno, California.

                                         */s/Anthony P. Capozzi*
                                         Declarant

IT IS SO STIPULATED.

                                         Respectfully submitted,

DATED:   January 29, 2015    By:  */s/Anthony P. Capozzi*
                                                         ANTHONY P. CAPOZZI
                                                         Attorney for Defendant JOSEPH CUELLAR

DATED:   January 29, 2015    By:  */s/Samuel Wong*
                                                         SAMUEL WONG
                                                         Assistant United States Attorney

DATED:   January 29, 2015    By:  */s/Eric V. Kersten*
                                                         ERIC V. KERSTEN
                                                         Attorney for RUDOLPH BUENDIA, III

| | | | |
|---|---|---|---|
| DATED: | January 29, 2015 | By: | */s/Cadee Peters* |
| | | | CADEE PETERS |
| | | | Attorney for PATRICK BOWMAN |

### ORDER

Granted, however, no more extensions of any nature will be granted.  At 3 p.m. on February 11, 2015, all that will be submitted on this case will already have been filed.  Anything received at or after 3:01 p.m. on that date will be ignored and not considered.  At 3 p.m., the matter will be deemed submitted and a ruling will be sent as soon as the Court's ability to get it out is realized.

IT IS SO ORDERED.

Dated:  **January 30, 2015**         **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE