BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CUELLAR, ET AL.,<br><br>Defendants. | CASE NO. 1:10-CR-00285-LJO<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON RESTITUTION ISSUES**<br><br>HON. LAWRENCE J. O'NEILL |

    Whereas, the Court has requested that each party file a Memorandum regarding the Restitution issues that shall not be more than five pages;

    Whereas, the Court has requested that the United States provide briefing on the issue of the whether community property assets may be used to pay a Court order of restitution in this case;

    Whereas, the United States previously requested, and defendant Joseph Cuellar agreed to provide, bank statements for March 2013 and the present;

    Whereas, defendant Joseph Cuellar has provided the bank statements, further records are needed to support his claim that his wife, Mrs. Alicia Cuellar, owns any assets as her separate property;

1  Whereas, counsel for defendant Joseph Cuellar has advised the United States that Cuellar will
2  produce the documentation in support of Cuellar's claim that his wife, Mrs. Alicia Cuellar, owns certain
3  assets as her separate property by February 13, 2015;
4  Whereas, the United States' Investigative Financial Analyst Laura Leone was unavailable for one
5  entire week during February 2-6, 2015, to work on the restitution issues in this case due to an
6  unexpected medical issues of a family member;
7  Whereas, the United States desires to have Investigative Financial Analyst Leone review the
8  financial records produced by Cuellar, including the documentation that the United States expects to
9  receive later this week, before filing its brief on the restitution issues.
10  It is hereby agreed by and between the United States and defendants Cuellar, Rudolph Buendia,
11  and Patrick Bowman, through their respective counsel that subject to the approval of the Court, that:
12  1.  Cuellar shall produce to the United States via email to counsel for the United States
13  copies of any documentation in support his claim that his wife owns certain assets as her separate
14  property no later than noon on Friday, February 13, 2015;
15  2.  The deadline for the parties' respective briefs on restitution shall be extended to February
16  18, 2015.

DATED: February 9, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Samuel Wong
                                           /s/ Melanie Alsworth

                                    By:
                                           SAMUEL WONG
                                           MELANIE ALSWORTH

                                           Assistant U.S. Attorneys

DATED: February 9, 2015

                                           /s/ Anthony Capozzi
                                    By:
                                           ANTHONY CAPOZZI
                                           Attorney for defendant
                                           JOSEPH CUELLAR

2

DATED: February 9, 2015

By: /s/ Eric Kersten
ERIC KERSTEN
Assistant Federal Defender
Attorney for defendant
RUDOLPH BUENDIA

DATED: February 9, 2015

By: /s/ Cadee Peters
CADEE PETERS
Attorney for defendant
PATRICK BOWMAN

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

It is Ordered that:

1. Cuellar shall produce to the United States via email to counsel for the United States copies of any documentation in support his claim that his wife owns certain assets as her separate property no later than noon on Friday, February 13, 2015;

2. The deadline for the parties' respective briefs on restitution shall be extended to February 18, 2015.

IT IS SO ORDERED.

Dated:   **February 10, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE