**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| JOSEPH CUELLAR, | |
| Defendant. | |

**TO THE ABOVE ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Defendant, Joseph Cuellar, by and through his attorney Anthony P. Capozzi, hereby requests that the spreadsheet outlining Mr. Cuellar's net worth and the spreadsheet outlining Mr. Cuellar's monthly living expenses be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release set out confidential and sensitive information that is subject to the Defendant's privacy rights.

///

Accordingly, it is requested that the net worth spreadsheet and monthly living expenses spreadsheet be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

Dated:      February 18, 2015        By:   */s/Anthony P. Capozzi*
                                           ANTHONY P. CAPOZZI
                                           Attorney for JOSEPH CUELLAR

## ORDER

For reasons set forth above, the defendants request to have the net worth spreadsheet and monthly living expenses spreadsheet be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:   **February 21, 2015**             **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE