Case 1:10-cr-00285-LJO   Document 176   Filed 03/04/15   Page 1 of 3

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JOSEPH CUELLAR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME OF SURRENDER DATE** |
| JOSEPH CUELLAR, | |
| Defendant. | |

Defendant Joseph Cuellar, by and through his attorney Anthony P. Capozzi, and the United States of America, by and through its attorney, Samuel Wong, stipulate to an extension of time of the surrender date to the Bureau of Prisons (BOP) on March 9, 2015, to March 30, 2015.

1. On January 7, 2015, the court sentenced Mr. Cuellar to 27 months in the custody of the BOP.  The Defendant was ordered to surrender to the U.S. Marshals or, as notified by the U.S. Marshals, to the designated institution.

2. On February 24, 2015, the court ruled on the Restitution issues.

3. On February 27, 2015, the Final Judgment was entered and received by the U.S. Marshals' office.

4. Attorney for Defendant, Joseph Cuellar, has been informed by Deputy U.S.

Marshal John Arosteguy that the U.S. Marshals office has contacted the Fresno County Jail and this attorney to obtain the Defendant's medical records and medications list. Upon receipt of this information the Judgment would then be forwarded to the BOP for designation.

5. Assistant US Attorney, Samuel Wong, has requested that the U.S. Marshals office expedite the designation process and will agree that the surrender date be extended to March 30, 2015, by 2:00 p.m.

6. It is respectfully requested that Mr. Cuellar's surrender date be extended to March 30, 2015, and that he be ordered to report to the designated institution by 2:00 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted,

Date:  March 4, 2015     By:  */s/Anthony P. Capozzi*
                              ANTHONY P. CAPOZZI
                              Attorney for Defendant JOSEPH CUELLAR


Date:  March 4, 2015     By:  */s/Samuel Wong*
                              SAMUEL WONG
                              Assistant United States Attorney

## **ORDER**

Having read the foregoing Request and Declaration, good cause has been shown to vacate Defendant's surrender date of March 9, 2015, and that a new surrender date of **March 30, 2015**, be ordered.

IT IS SO ORDERED.

Dated:  **March 4, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE