**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
| Plaintiff, | |
| v. | REQUEST FOR AN EXTENSION OF TIME OF DEFENDANT'S SURRENDER DATE AND DECLARATION OF ANTHONY P. CAPOZZI:   ORDER MODIFYING THE REQUESTED REPORT DATE |
| JOSEPH CUELLAR, | |
| Defendant. | |

Defendant, Joseph Cuellar, by and through his counsel of record, Anthony P. Capozzi, hereby requests that the surrender date of March 30, 2015, to the Metropolitan Detention Center at Los Angeles, California, be vacated and that a new surrender date of April 30, 2015, be ordered.  Said request is based upon the Declaration of Anthony P. Capozzi and the attachments thereto.

                                          Respectfully submitted,

Date:  March 25, 2015          By:  */s/Anthony P. Capozzi*
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for Defendant JOSEPH CUELLAR

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney of record for the Defendant, Joseph Cuellar, in the above entitled case. I have personal knowledge of the facts stated below and could testify competently to them if required.

2. Assistant United States Attorney Samuel Wong and this attorney agreed to stipulate to extend the Defendant's surrender date from March 9, 2015, to March 30, 2015, since the Defendant had not been designated by March 9, 2015. It was agreed that if there had not been a designation, the parties would consider a further extension.

3. On March 16, 2015, this office received the Notice of Designation for Mr. Cuellar to the Los Angeles Metropolitan Detention Center.

4. This attorney was out of the office on March 17-19, 2015. On March 20, 2015, this attorney emailed a request to Kristi Masse at the Bureau of Prisons (BOP), who was in charge of Mr. Cuellar's designation, requesting a re-designation.

5. On March 20, 2015, this attorney left a telephone message with Assistant United States Attorney Samuel Wong regarding an extension of the March 30, 2015, surrender date.

6. On March 23, 2015, this attorney again telephoned Assistant United States Attorney Samuel Wong. Mr. Wong declined to extend the surrender date.

7. Ms. Masse and this attorney have telephoned each other, but without either making contact.

8. On March 25, 2015, this attorney emailed a more thorough request to the BOP setting out the basis of the request for a re-designation to the minimum security satellite camp at FCI Mendota. (See Exhibit A)

9. It is respectfully requested that the Defendant be given a 30 day extension of his surrender date to April 30, 2015, to allow for the BOP to reconsider and to allow for the Defendant to file a Motion for Release Pending Appeal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of March, 2015, at Fresno, California.

By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Declarant

## **ORDER**

Good cause has been shown to vacate Defendant's surrender date of March 30, 2015, said date is vacated and a new surrender date of **April 15, 2015, at 2:00 p.m.** is hereby ordered.   No further requests will be entertained.

IT IS SO ORDERED.

Dated:  **March 26, 2015**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE