**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com


ATTORNEY FOR Defendant,
JOSEPH CUELLAR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00285-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE MOTION TO RELEASE PENDING APPEAL** |
| JOSEPH CUELLAR, | Date: April 6, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Dept.: 4 LJO |

It is hereby stipulated by and between Defendant Joseph Cuellar, through his attorney of record, Anthony P. Capozzi, and the United States Government, through its attorney of record, Samuel Wong, that the hearing date for the Motion for Release Pending Appeal be continued to **April 13, 2015, at 9 a.m.**.

Said stipulation is based upon the Declaration of Anthony P. Capozzi.

## DECLARATION OF ANTHONY P. CAPOZZI

I, ANTHONY P. CAPOZZI, DECLARE:

1. This attorney had his assistant contact the court clerk to get the earliest possible date to argue a Motion Pending Appeal.

2. We were given the date of April 6, 2015.

3. Apparently there was an assumption that both parties had agreed to this date. Such was not the case.

4. The misunderstanding arose from this office.

5. This attorney has spoken to Assistant United States Attorney Samuel Wong and is agreeable to continue said Motion to April 13, 2015, allow the Government enough time to respond.

6. It is requested that the Motion for Release Pending Appeal be continued to April 13, 2015, at a time convenient to the court and the Assistant United States Attorney.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Respectfully submitted,

DATED: April 3, 2015   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JOSEPH CUELLAR

DATED: April 3, 2015   By: */s/Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Motion for Release Pending appeal be continued to April 13, 2015, at 10:10 a.m.

IT IS SO ORDERED.

DATED: April 3, 2015   By: /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge