UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH CUELLAR,<br><br>　　　　　Defendant. | 1:10-CR-00285 LJO<br><br>ORDER ON REQUEST TO SET SURRENDER DATE (Docs. 205, 207 & 208) |

　　The Court has received and reviewed the Defendant's *ad seriatum* motion (Doc. 205), the Government's opposition (Doc. 207), and Defendant's response (Doc. 208).

　　This Court is aware that the Merced County Superior Court, in action number CRM 014010C, has scheduled an evidentiary hearing on June 19, 2015 at 1:30 p.m. for the Defendant's State Court Motion to Withdraw his plea in that proceeding.  To accommodate the State Court,

　　IT IS HEREBY ORDERED that Defendant Joseph Cuellar is to report to the United States Marshal's Office at the Fresno Federal Courthouse no later than noon on Monday, June 22, 2015. Even if that state court hearing is continued from the date currently set, this Court will not entertain any further extensions of time for the report date. While this Court has recommended to the Bureau of Prisons that Defendant Cuellar be allowed to serve his time in the Central Valley of California (Mendota, Atwater or Taft), ultimately, the decision is not for the Court to make.

**IT IS SO ORDERED**
**Dated: June 4, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1