**FILED**

JAN 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
PATRICK J. SUTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CUELLAR,<br><br>Defendant. | Case No.: 1:10-CR-00285-LJO<br><br>**APPLICATION FOR ORDER TRANSFERRING AND APPLYING GARNISHMENT FUNDS TO RESTITUTION**<br><br>Related Case No.: 1:15-MC-00021-LJO<br><br>Court: Hon. Lawrence J. O'Neill<br>No Hearing Requested |

The United States submits this Application and requests that the Court enter an order directing that $195,000 in garnished funds, and all accrued interest thereon, presently on deposit in the Court's registry pending resolution of the appeal of this matter be applied towards the Defendant's restitution order and distributed to victims.

On January 7, 2015, Defendant Joseph Cuellar ("Defendant") was sentenced in criminal case number 1:10-CR-0000285-LJO and ordered to pay $1,801,832.50 in restitution. ECF No. 174. The United States thereafter sought to garnish Defendant's interests in financial accounts held by garnishee Citibank, N.A. so that the funds could be applied towards Defendant's restitution order. (Case No. 1:15-MC-00021-LJO). The application for garnishment was granted on July 28, 2015. Misc. ECF No. 19. Following an appeal of his conviction and restitution order, the Court of Appeals issued a stay order

Transfer and Order Re: Payment of Restitution

1

instructing that $195,000 of the funds garnished was to be deposited into the court's registry and held pending adjudication of the appeal. ECF No. 211

The Court of Appeals denied Defendant's appeal, petition for rehearing and issued a mandate on May 24, 2016. ECF No. 216. Thereafter, the Defendant filed a petition for writ of *certiorari* with the United States Supreme Court. That petition was denied on October 3, 2016. (Supreme Court Case No. 15-9601)

With the denial of *certiorari,* the Defendant's appeal has been fully adjudicated. Therefore, the funds garnished by the United States should be dispersed to the victims. The United States respectfully requests that the Court enter an Order directing that the $195,000 in garnished funds that are presently in the Court's registry, as well as all interest accrued thereon, be applied towards the Defendant's restitution order and distributed to the victims as set forth in the Defendant's judgment and commitment (ECF No. 174).

PHILLIP A. TALBERT
United States Attorney

Dated: January 23, 2017      By:    */s/ Patrick J. Suter*
PATRICK J. SUTER
Assistant United States Attorney

**ORDER**

The Court having received, read, and reviewed the government's Application for Order Transferring and Applying Garnished Funds for Restitution, and all related matters, hereby ORDERS as follows:

The Clerk of the Court shall transfer $195,000, plus any interest accrued thereon, from the court registry and apply said funds to the Defendant's restitution order. Those funds shall be distributed to the victims enumerated in the Defendant's Judgment and Commitment within 30 days.

Dated: January 24, 2017         By: _____
                                    LAWRENCE J. O'NEILL
                                    United States Chief District Judge